**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00297-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ERIC SHAWN COPELAND,

    Defendant.

---

## MINUTE ORDER[1]

---

    At the oral request of the parties, the sentencing hearing set for March 16, 2012, is **VACATED** and is **CONTINUED** to **April 13, 2012**, at 8:30 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: February 16, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.