# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date: April 13, 2012

Courtroom Deputy:  LaDonne Bush
Court Reporter:    Tracy Weir
Probation Officer: Gary Kruck

---

**Criminal Action No. 11-cr-00297-REB**

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Mark Barrett |
| Plaintiff, | |
| v. | |
| ERIC SHAWN COPELAND, | David Savitz |
| Defendant. | |

---

## SENTENCING MINUTES

---

**8:33 a.m.    Court in session.**

Appearances of counsel.

Defendant is present in custody.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Court's comments regarding Defendant's Objections to the Presentence Investigation Report (Doc. 40) and Motion for Reduction of Sentence Pursuant to Section 5K1.1 (Doc. 44).

Defendant is sworn.

Statement by the defendant.

The court has considered all relevant matters of fact and law.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the objections stated in Defendant's Objections to the Presentence Investigation Report (Doc. 40) are overruled;

3. That the Motion for Reduction of Sentence Pursuant to Section 5K1.1 (Doc. 44) is granted;

4. That judgment of conviction shall enter on Count 1 of the Indictment;

5. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be incarcerated for a term of **ten months** as stipulated by the parties;

6. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **three years**; provided furthermore, that within 72 hours of defendant's release from custody of the Bureau of Prisons, the defendant shall report in person to the United States probation department within the federal district to which he is released;

7. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

- all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

- all standard conditions of supervised release imposed by this court in all such cases; and

- the following explicit or special conditions of supervised release:

    - that the defendant shall not violate any federal, state, or local law;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm, destructive device, or dangerous weapon as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate fully in the collection of a sample of defendant's DNA;

    - that the defendant shall submit to one drug test within fifteen (15) days from defendant's release from imprisonment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances;

    - that at defendant's expense, the defendant shall, unless then indigent, undergo a mental health evaluation and an alcohol substance abuse evaluation, and thereafter, at defendant's expense, unless then indigent, as directed by the probation department receive any treatment, therapy, counseling, testing or education as prescribed by the evaluations;

    - that the defendant shall abstain from the use of alcohol and all other intoxicants during the course of any such treatment, therapy, counseling, testing, or education; provided, furthermore, that to ensure continuity of treatment, the probation department is authorized to release all records concerning the defendant, including the presentence report, to any person or entity responsible for or involved in the

> treatment, therapy, counseling, testing, or education of the defendant;

8. That no fine is imposed;

9. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

10. The court recommends that the Bureau of Prisons designate the defendant to a correctional facility or institution preferably in the State and District of Colorado where the defendant can receive appropriate treatment and therapy for any alcohol or substance abuse;

11. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585; and

12. That the defendant is remanded to the custody of the United States Marshal.

The defendant waives formal advisement of appeal.

**8:53 a.m.     Court in recess.**

Total time in court: 00:20

Hearing concluded.