IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00297-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ERIC SHAWN COPELAND,

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on September 26, 2013,

**IT IS ORDERED** that Defendant Eric Shawn Copeland is sentenced to **time served**.

Dated: September 26, 2013

                              BY THE COURT:

                              s/ Robert E. Blackburn
                              ROBERT E. BLACKBURN,
                              UNITED STATES DISTRICT JUDGE